BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
HEATHER M. MOSS, DCBN 995773
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Phone: 415-977-8826
    Fax: 415-744-0134
    Email: heather.moss@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| STEPHANY KATHY HERNANDEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:15-cv-01534-KJN<br><br>ORDER RE: STIPULATION TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), AND REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

    On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new hearing and decision. The Appeals Council will instruct the ALJ to reevaluate whether Plaintiff

1

Order re: Stip. to Remand, 2:15-cv-01534-KJN

met or equaled a listed impairment in 20 C.F.R. Part 404, Subpart P, Appendix 1 in accordance with 20 C.F.R. §§ 416.920(d), 416.925, and 416.926. The Appeals Council will instruct the ALJ to reassess the credibility of Plaintiff's subjective complaints consistent with 20 C.F.R. § 416.929 and Social Security Ruling (SSR) 96-7p. The Appeals Council will instruct the ALJ to reassess other source evidence consistent with 20 C.F.R. § 416.913(d), 416.929(c)(3), 416.945(a)(3), and SSR 06-3p. Finally, the Appeals Council will instruct the ALJ to further evaluate Plaintiff's residual functional capacity and, if appropriate, obtain supplemental vocational expert testimony to assist in determining what jobs exist, if any, for Plaintiff given his age, education, vocational factors and residual functional capacity.

      The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: September 8, 2016

By: /s/ Richard A. Whitaker*
RICHARD A. WHITAKER
Attorney for Plaintiff
*By email authorization on September 7, 2016

BRIAN J. STRETCH
United States Attorney
SARA WINSLOW
Chief, Civil Division

Dated: September 8, 2016

By: Heather M. Moss
HEATHER M. MOSS
Special Assistant United States Attorney

ORDER

APPROVED AND SO ORDERED:

Dated: September 9, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Order re: Stip. to Remand, 2:15-cv-01534-KJN