Richard A. Whitaker (SBN 58618)
**THE LAW OFFICES OF RICHARD A. WHITAKER**
2480 Hilborn Road, Suite 102
Fairfield, CA 94534
Telephone: (707) 427-2237
Facsimile: (707) 429-9829
E-Mail: teamraw2000@yahoo.com

Attorney for Plaintiff:

**Stephany Kathy Hernandez**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEPHANY KATHY HERNANDEZ**, | Case No.: 2:15-CV-01534-KJN |
| Plaintiff, | **STIPULATION AND ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C § 2412(d)** |
| v. | |
| **CAROLYN W. COLVIN**, Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the EAJA in the amount of TWO THOUSAND NINE-HUNDRED dollars and 0 cents ($2,900.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff, to date, by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412.

    This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

    Following the issuance of an order by the Court, the United States Department of the

1

Treasury will determine whether Plaintiff owes a government debt and take appropriate action according to its own statutes and regulations, as permitted by Astrue v. Ratliff, 130 S. Ct. 2521 (2010).  If no debt is owed, then the Government will accept Plaintiff's assignment of EAJA fees and make the check payable to Richard Whitaker, counsel for Plaintiff.

This award is without prejudice to the rights of Plaintiff's counsel to see Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Respectfully submitted September 29, 2016.

Dated: September 29, 2016

*/s/ Richard Allen Whitaker*
Richard Allen Whitaker, Esq.
Attorney for Plaintiff

Dated: September 29, 2016

BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Heather M. Moss*
Heather M. Moss, DCBN 995773*
Special Assistant U. S. Attorney
*By email authorization on Sept. 29, 2016

ORDER

APPROVED AND SO ORDERED.

Dated:  October 12, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE